# In the
# United States Court of Appeals for the Fifth Circuit

_____

No. 22-50078

United States of America,

*Plaintiff-Appellee,*

v.

Damion Edward Cruz-Benavente,

*Defendant-Appellant.*

_____

Appeal from the United States District Court for the
Western District of Texas

_____

**Unopposed Motion to Supplement the Record, Place the
Supplemental Items Under Seal,
View the Sealed Items, and Stay Briefing Schedule**

_____

Damion Edward Cruz-Benavente moves to supplement the record on appeal with trial exhibits. *See* Fed. R. App. P. 10(e), 27; 5th Cir. R. 27.1.11. He moves to place under the attached documents because they contain personal identifiers and sensitive information. *See* 5th Cir. R. 25.2.8, 25.2.13. He also moves to view the sealed

documents. *See* Fed. R. App. P. 27; 5th Cir. R. 27.1.20. Lastly, he moves to stay the briefing schedule or, in the alternative, for a 15-day extension. *See* Fed. R. App. P. 26(b); 5th Cir. R. 27.1.1, 31.4.

## I

This is a direct appeal from a criminal conviction and sentence. Cruz was convicted of three sexual abuse offenses after a three-day jury trial. ROA.8–9, 147. The district court sentenced him to life on Counts One and Two, and to 180 months' imprisonment on Count Three. ROA.148. Cruz appealed. ROA.154–55.

Cruz's opening brief is August 26, 2022. The Court has granted two 30-day extensions.

## II

In order to ensure that the record on appeal is complete, Cruz moves to supplement the record with exhibits that the Government and Cruz admitted at trial. *See* Fed. R. App. P. 10(e)(2); 5th Cir. R. 27.1.11; ROA.380, 732, 970. These exhibits are not part of the record on appeal. Because these documents are relevant to this Court's review, counsel requests to supplement the record with them.

III

Many of the exhibits contain personal identifiers. Cruz asks that the supplemented items, attached, be sealed and that his counsel be allowed to view them.

IV

Cruz asks that the briefing schedule be stayed pending receipt of the supplemental record, and that the opening brief be due 15 days after the supplemental record is made available to counsel. In the alternative, Cruz requests a 15-day extension.

Since the second extension was granted on July 21, 2022, counsel has filed:

- a petition for writ of certiorari in *United States v. Belducea-Mancinas*, No. 20-50929 (filed July 25);
- an *Anders* brief and motion to withdraw in *United States v. Lazarin*, No. 22-50050 (filed August 3);
- an opening brief in *United States v. Heredia*, No. 21- 50627 (filed August 4);
- an opening brief in *United States v. Felipe-Pascual*, No. 22-50279 (filed August 9);
- a petition for writ of certiorari in *United States v. Pacheco-Apodaca*, No. 21-51108, cons w/21-51110 (filed August 10);

- a petition for writ of certiorari in *United States v. Salazar-Munoz*, No. 21-51139 (filed August 11); and
- a petition for writ of certiorari in *United States v. Islas-Macias*, No. 21-51001, cons w/21-51026 (filed August 16).

Counsel also presented a Fifth Circuit Update for the CJA CLE in El Paso, Texas, on August 18, and drafted a reply for a motion to dismiss in *United States v. Davila-Luna*, No. 4:21-cr-00454-DC (W.D. Tex.) (filed August 12).

Counsel is currently responsible for filing:

- an opening brief in *United States v. Lerma-Pichardo*, No. 22-50157 (due August 22);
- an opening brief in *United States v. Munguia-Portales*, No. 22-50190 (due August 22);
- an opening brief in *United States v. Gibbs*, No. 22-5020 (due August 22) in the Tenth Circuit Court of Appeals;
- a petition for writ of certiorari in *United States v. Lujan-Madrid*, No. 21-51133, cons w/21-51134 (due August 22);
- an opening brief in *United States v. Covey*, No. 22-50093 (due August 24);
- a reply brief in *United States v. Davila*, No. 22-50136 (due August 29);

- a reply brief in *United States v. Pond*, No. 21-51232 (due September 1);

- an opening brief in *United States v. Francisco-Francisco*, No. 22-50373 cons. w/22-50377 (due September 19);

- an opening brief in *United States v. Hernandez-Hernandez*, No. 22-52068 (due September 19);

- an opening brief in *United States v. Pablo-Francisco*, No. 22-50350 cons. w/22-50351 (due September 19); and

- an opening brief in *United States v. Villalobos-Franco*, No. 22-50208, cons. w/22-50209 (due September 27).

Counsel is also set for oral argument in *United States v. Cordova-Espinoza*, No. 21-50518, in New Orleans on August 30, and is tentatively calendared for oral argument in *United States v. Scott*, No. 21-51084, the week of November 7.

Because of these matters and the need to perfect the record, counsel needs the requested additional time.

V

Counsel has been authorized to inform this Court that the U.S. Attorney's Office does not oppose this motion.

Respectfully submitted.

>Maureen Scott Franco
>Federal Public Defender
>
>s/ Kristin M. Kimmelman
>Kristin M. Kimmelman
>Assistant Federal Public Defender
>Western District of Texas
>727 E. César E. Chávez Blvd., B-207
>San Antonio, Texas 78206
>(210) 472-6700
>Fax: (210) 472-4454
>
>*Attorney for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, I electronically filed this motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to Ashley C. Hoff, U.S. Attorney for the Western District of Texas (Attn: Assistant U.S. Attorney Joseph H. Gay, Jr.), by electronic mail.

s/ Kristin M. Kimmelman
KRISTIN M. KIMMELMAN
*Attorney for Defendant-Appellant*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

1. This document complies with the word limit of Fed R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 703 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Century Schoolbook.

s/ Kristin M. Kimmelman
KRISTIN M. KIMMELMAN
*Attorney for Defendant-Appellant*

Dated: August 19, 2022