# No. 22-50078

# In the United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

DAMION EDWARD CRUZ-BENAVENTE,

*Defendant-Appellant.*

———————

Appeal from the United States District Court
for the Western District of Texas

———————

## Record Excerpts

———————

MAUREEN SCOTT FRANCO
Federal Public Defender
Western District of Texas
727 E. César E. Chávez Blvd., B-207
San Antonio, Texas 78206
Tel.: (210) 472-6700
Fax: (210) 472-4454

KRISTIN M. KIMMELMAN
Assistant Federal Public Defender

*Attorney for Defendant-Appellant*

# TABLE OF CONTENTS

| **Number** | **Description** | **Record Citation** |
|---|---|---|
| No. 1 | Docket Sheet,<br>*United States v. Cruz-Benavente*,<br>P-21-CR-157-1 DC | ROA.1–15 |
| No. 2 | Indictment,<br>March 11, 2021 | ROA.16–18 |
| No. 3 | Jury Verdict,<br>August 18, 2021 | ROA.144 |
| No. 4 | Judgment and Commitment Order,<br>January 31, 2022 | ROA.147–53 |
| No. 5 | Notice of Appeal,<br>February 2, 2022 | ROA.154–55 |

Certificate of Service

RECORD EXCERPT
1

# U.S. District Court [LIVE]
# Western District of Texas (Pecos)
# CRIMINAL DOCKET FOR CASE #: 4:21-cr-00157-DC-1

Case title: USA v. Cruz-Benavente                    Date Filed: 03/11/2021

Assigned to: Judge David Counts

**Defendant (1)**

**Damion Edward Cruz-Benavente**          represented by    **Kristin M. Kimmelman**
                                                            Assistant Federal Public Defender
                                                            Federal Public Defender's Office
                                                            727 E. Cesar E. Chavez Boulevard
                                                            Suite B-207
                                                            San Antonio, TX 78206
                                                            210-472-6700
                                                            Fax: 210-472-4454
                                                            Email: kristin_kimmelman@fd.org
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or Community Defender*
                                                            *Appointment*

                                                            **Louis Wayne Correa**
                                                            Office of Federal Public Defender Pecos/Alpine
                                                            108 N. 10th Street
                                                            Alpine, TX 79830
                                                            432-837-5598
                                                            Email: louis_correa@fd.org
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or Community Defender*
                                                            *Appointment*

                                                            **Christopher J. Carlin**
                                                            Federal Public Defender's Office
                                                            108 N. 10th St.
                                                            Alpine, TX 79830-5915
                                                            (432) 837-5598
                                                            Fax: (432) 837-9023
                                                            Email: chris_carlin@fd.org
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or Community Defender*
                                                            *Appointment*

**Pending Counts**                                   **Disposition**

18:2241A.F AGGRAVATED                                Imprisonment for LIFE, Supervised Release for LIFE;
SEXUAL ABUSE BY FORCE OR                             Special Assessment Fee- $100.00; No Fine, TO RUN

| | |
|---|---|
| THREAT (1) | CONCURRENT WITH COUNTS 2&3 |
| 18:2242A.F SEXUAL ABUSE BY THREAT (2) | Imprisonment for LIFE, Supervised Release for LIFE; Special Assessment Fee- $100.00; No Fine, TO RUN CONCURRENT WITH COUNT 1&3 |
| 18:2243A.F SEXUAL ABUSE OF MINOR (3) | Imprisonment of 180 MONTHS, Supervised Release for LIFE; Special Assessment Fee- $100.00; No Fine; , TO RUN CONCURRENT WITH COUNTS 1&2 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Eduardo Rene Mendoza** United States Attorney's Office 2500 N. Hwy 118, Suite A-200 Alpine, TX 79830 (432) 244-4786 Email: eduardo.mendoza@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Joseph H. Gay , Jr.** Assistant U.S. Attorney 601 N.W. Loop 410 Suite 600 San Antonio, TX 78216 (210) 384-7030 Fax: 210 384-7031 Email: Joseph.Gay@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Lance Lawrence Kennedy** U.S. Attorney's Office 2500 N. Hwy 118 #A200 |

Alpine, TX 79830
(855) 837-7332
Email: lance.kennedy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy Thompson**
United States Attorney's Office
Criminal Section
601 NW Loop 410 - Suite 600
San Antonio, TX 78216
(210) 384-7150
Fax: 210/384-7135
Email: tracy.thompson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2021 | 1 (p.16) | SEALED INDICTMENT (Redacted Version) filed Unredacted document sealed pursuant to E-Government Act of 2002 as to Damion Edward Cruz-Benavente (1) count(s) 1, 2, 3. (jl) (Entered: 03/12/2021) |
| 03/11/2021 | 6 (p.19) | Bench Warrant Issued by Judge David B. Fannin as to Damion Edward Cruz-Benavente. (jl) (Entered: 03/12/2021) |
| 03/11/2021 |  | All parties shall comply with the Standing Orders for the Pecos Division. Parties can review the standing orders by clicking the included hyperlink as to Damion Edward Cruz-Benavente (jl) (Entered: 03/12/2021) |
| 03/12/2021 |  | Arrest of Damion Edward Cruz-Benavente (yl) (Entered: 03/12/2021) |
| 03/12/2021 | 7 (p.20) | arrest Warrant Returned Executed on 3/12/21 as to Damion Edward Cruz-Benavente. (yl) (Entered: 03/12/2021) |
| 03/15/2021 | 8 | Minute Entry for proceedings held before Judge David B. Fannin:Initial Appearance as to Damion Edward Cruz-Benavente held on 3/15/2021 (Minute entry documents are not available electronically.) ( Arraignment and Detention set for 3/24/2021 09:30 AM in Alpine before Judge David B. Fannin), Spanish Language Interpreter NOT required as to Damion Edward Cruz-Benavente, Oral Due Process Protections Act Warning given in Open Court as to Damion Edward Cruz-Benavente (Court Reporter FTR.) (jl) (Entered: 03/15/2021) |
| 03/15/2021 | 9 (p.21) | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Damion Edward Cruz-Benavente Louis Wayne Correa for Damion Edward Cruz-Benavente appointed.. Signed by Judge David B. Fannin. (jl) (Entered: 03/15/2021) |
| 03/15/2021 | 10 (p.22) | ORDER SETTING ARRAIGNMENT AND DETENTION HEARING as to Damion Edward Cruz-Benavente. Signed by |

| | | Judge David B. Fannin. (jl) (Entered: 03/15/2021) |
|---|---|---|
| 03/15/2021 | | ORAL ORDER OF TEMPORARY DETENTION: NO BOND SET as to Damion Edward Cruz-Benavente. by Judge David B. Fannin. (jl) (Entered: 03/15/2021) |
| 03/15/2021 | 11 (p.23) | MOTION to Detain Defendant without Bond by USA as to Damion Edward Cruz-Benavente. (jl) (Entered: 03/15/2021) |
| 03/15/2021 | 12 (p.24) | Standing Order Regarding Due Process Protections Act as to Damion Edward Cruz-Benavente. Signed by Judge David B. Fannin. (jl) (Entered: 03/15/2021) |
| 03/19/2021 | 13 (p.25) | SCHEDULING ORDER as to Damion Edward Cruz-Benavente Arraignment set for 3/25/2021 11:00 AM before Judge David B. Fannin, Motions due by 4/6/2021, Plea Agreement due by 5/3/2021, Docket Call set for 4/8/2021 11:00 AM before Judge David B. Fannin, Jury Selection and Trial set for 5/17/2021 08:30 AM before Judge David Counts,. Signed by Judge David B. Fannin. (bot2) (Entered: 03/20/2021) |
| 03/24/2021 | 14 (p.27) | Waiver of Detention Hearing by Damion Edward Cruz-Benavente (Correa, Louis) (Entered: 03/24/2021) |
| 03/24/2021 | 15 (p.28) | Waiver of personal appearance at Arraignment, plea of not guilty by Damion Edward Cruz-Benavente (Correa, Louis) (Entered: 03/24/2021) |
| 03/24/2021 | 16 (p.29) | ORDER OF DETENTION: DETAINED WITHOUT BOND as to Damion Edward Cruz-Benavente. Signed by Judge David B. Fannin. (jl) (Entered: 03/24/2021) |
| 03/24/2021 | 17 (p.30) | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Damion Edward Cruz-Benavente. Signed by Judge David B. Fannin. (jl) (Entered: 03/24/2021) |
| 04/08/2021 | 18 (p.31) | ORDER SETTING STATUS CONFERENCE/PLEA as to Damion Edward Cruz-Benavente, ( Status Conference/Rearraignment set for 4/23/2021 09:30 AM in Alpine before Judge David B. Fannin). Signed by Judge David B. Fannin. (jl) (Entered: 04/08/2021) |
| 04/19/2021 | 19 (p.32) | Unopposed MOTION to Continue *Trial and Plea Deadline* by Damion Edward Cruz-Benavente. (Correa, Louis) (Entered: 04/19/2021) |
| 04/20/2021 | 20 (p.36) | ORDER GRANTING 19 (p.32) Motion to Continue as to Damion Edward Cruz-Benavente (1) Jury Selection/Jury Trial set for 6/21/2021 08:30 AM in Pecos before Judge David Counts. Signed by Judge David Counts. (jl) (Entered: 04/20/2021) |
| 04/29/2021 | 21 (p.37) | ORDER SETTING DOCKET CALL* as to Damion Edward Cruz-Benavente, ( Docket Call set for 5/6/2021 11:00 AM in Pecos before Judge David B. Fannin,), *PLEA DEADLINE RESET TO JUNE 7, 2021.. Signed by Judge David B. Fannin. |

| | | (cv) (Entered: 04/29/2021) |
|---|---|---|
| 05/06/2021 | 22 (p.38) | ORDER Setting Status Conference as to Damion Edward Cruz-Benavente Status Conference set for 5/18/2021 09:30 AM in Pecos before Judge David B. Fannin,. Signed by Judge David B. Fannin. (jl) (Entered: 05/06/2021) |
| 05/10/2021 | 23 (p.39) | ORDER Resetting Status Conference as to Damion Edward Cruz-Benavente Status Conference reset for 5/18/2021 09:30 AM in Alpine before Judge David B. Fannin,. Signed by Judge David B. Fannin. (jl) (Entered: 05/10/2021) |
| 05/18/2021 | 24 | Minute Entry for proceedings held before Judge David B. Fannin:Status Conference as to Damion Edward Cruz-Benavente held on 5/18/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR.) (jl) (Entered: 05/18/2021) |
| 05/18/2021 | 25 (p.40) | ORDER Setting Status Conference as to Damion Edward Cruz-Benavente Status Conference set for 6/1/2021 09:30 AM in Pecos before Judge David B. Fannin,. Signed by Judge David B. Fannin. (jl) (Entered: 05/18/2021) |
| 05/20/2021 | 26 (p.41) | Unopposed MOTION to Continue by Damion Edward Cruz-Benavente. (Correa, Louis) (Entered: 05/20/2021) |
| 05/21/2021 | 27 (p.46) | ORDER GRANTING 26 (p.41) Motion to Continue as to Damion Edward Cruz-Benavente (1) Jury Selection/Jury Trial set for 8/16/2021 08:30 AM in Pecos before Judge David Counts. Signed by Judge David Counts. (jl) (Entered: 05/21/2021) |
| 05/24/2021 | 28 (p.47) | ORDER SETTING as to Damion Edward Cruz-Benavente, ( Docket Call set for 7/8/2021 11:00 AM in Pecos before Judge David B. Fannin,), ( Plea deadline 8/2/2021,). Signed by Judge David B. Fannin. (jl) (Entered: 05/24/2021) |
| 07/08/2021 | 29 (p.48) | ORDER Setting Status Conference as to Damion Edward Cruz-Benavente Status Conference set for 7/20/2021 09:30 AM in Pecos before Judge David B. Fannin,. Signed by Judge David B. Fannin. (jl) (Entered: 07/08/2021) |
| 07/20/2021 | 42 | Minute Entry for proceedings held before Judge David B. Fannin:Status Conference as to Damion Edward Cruz-Benavente held on 7/20/2021 (Minute entry documents are not available electronically.), Spanish Language Interpreter NOT required as to Damion Edward Cruz-Benavente (Court Reporter FTR-Alpine.) (jl) (Entered: 07/20/2021) |
| 07/28/2021 | 57 (p.49) | ORDER Setting Status Conference as to Damion Edward Cruz-Benavente Status Conference set for 8/2/2021 09:30 AM in Alpine before Judge David B. Fannin,. Signed by Judge David B. Fannin. (jl) (Entered: 07/28/2021) |
| 07/28/2021 | 58 (p.50) | ORDER ON JURY SELECTION PROCEDURE as to Damion Edward Cruz-Benavente, ( Pretrial Conference set for 8/13/2021 09:00 AM in Pecos before Judge David B. Fannin, Jury Selection set for 8/13/2021 09:30 AM in Pecos before Judge David B. |

| | | Fannin,). Signed by Judge David B. Fannin. (jl) (Entered: 07/28/2021) |
|---|---|---|
| 07/29/2021 | 59 (p.51) | Advisory to the Court by USA as to Damion Edward Cruz-Benavente (Kennedy, Lance) (Entered: 07/29/2021) |
| 07/29/2021 | 60 (p.52) | NOTICE OF ATTORNEY APPEARANCE Lance Lawrence Kennedy appearing for USA. (Kennedy, Lance) (Entered: 07/29/2021) |
| 07/29/2021 | 61 (p.53) | NOTICE OF ATTORNEY APPEARANCE Tracy Thompson appearing for USA. . Attorney Tracy Thompson added to party USA(pty:pla) (Thompson, Tracy) (Entered: 07/29/2021) |
| 07/29/2021 | 62 (p.54) | Advisory to the Court by Damion Edward Cruz-Benavente (Correa, Louis) (Entered: 07/29/2021) |
| 08/02/2021 | 63 | Minute Entry for proceedings held before Judge David B. Fannin:Status Conference as to Damion Edward Cruz-Benavente held on 8/2/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR-Alpine.) (jl) (Entered: 08/03/2021) |
| 08/05/2021 | 64 (p.1105) | EXHIBITS by USA as to Damion Edward Cruz-Benavente (Kennedy, Lance) (Entered: 08/05/2021) |
| 08/05/2021 | 65 (p.55) | WITNESS LIST by USA as to Damion Edward Cruz-Benavente (Kennedy, Lance) (Entered: 08/05/2021) |
| 08/05/2021 | 66 (p.57) | NOTICE of Intent to Use Evidence by USA as to Damion Edward Cruz-Benavente (Kennedy, Lance) (Entered: 08/05/2021) |
| 08/05/2021 | 67 (p.60) | NOTICE *of Intention to Offer Expert or Lay Testimony* by USA as to Damion Edward Cruz-Benavente (Kennedy, Lance) (Entered: 08/05/2021) |
| 08/06/2021 | 68 (p.62) | NOTICE *of Intention to Offer Expert Testimony* by USA as to Damion Edward Cruz-Benavente (Kennedy, Lance) (Entered: 08/06/2021) |
| 08/06/2021 | 69 (p.64) | MOTION in Limine by USA as to Damion Edward Cruz-Benavente. (Attachments: # 1 (p.16) Proposed Order)(Kennedy, Lance) (Entered: 08/06/2021) |
| 08/09/2021 | 70 (p.72) | NOTICE *OF INTENT TO USE SELF-AUTHENTICATING PUBLIC RECORDS OF VITAL STATISTICS* by USA as to Damion Edward Cruz-Benavente (Kennedy, Lance) (Entered: 08/09/2021) |
| 08/09/2021 | 71 (p.74) | NOTICE OF ATTORNEY APPEARANCE: Christopher J. Carlin appearing for Damion Edward Cruz-Benavente . Attorney Christopher J. Carlin added to party Damion Edward Cruz-Benavente(pty:dft) (Carlin, Christopher) (Entered: 08/09/2021) |
| 08/10/2021 | 72 (p.75) | WITNESS LIST by USA as to Damion Edward Cruz-Benavente (Kennedy, Lance) (Entered: 08/10/2021) |

| | | |
|---|---|---|
| 08/10/2021 | | Text Order GRANTING 69 (p.64) Motion in Limine as to Damion Edward Cruz-Benavente (1) entered by Judge David Counts. It is so ORDERED. (This is a text-only entry generated by the court. There is no document associated with this entry.)(mas) (Entered: 08/10/2021) |
| 08/10/2021 | 73 (p.77) | ORDER as to Damion Edward Cruz-Benavente, ( Jury Trial set for 8/16/2021 08:30 AM in Pecos before Judge David Counts, Pretrial Conference set for 8/16/2021 08:00 AM in Pecos before Judge David Counts,), ( The parties are ORDERED to file pretrial documents, including witness lists, exhibit lists, and pretrial motions, no later than Wednesday, August 11, 2021, by close of business). Signed by Judge David Counts. (jl) (Entered: 08/10/2021) |
| 08/11/2021 | 74 (p.78) | WITNESS LIST by USA as to Damion Edward Cruz-Benavente (Kennedy, Lance) (Entered: 08/11/2021) |
| 08/11/2021 | 75 (p.80) | MOTION to Compel by Damion Edward Cruz-Benavente. (Attachments: # 1 (p.16) Attachment)(Correa, Louis) (Entered: 08/11/2021) |
| 08/11/2021 | 76 (p.92) | WITNESS LIST by Damion Edward Cruz-Benavente (Correa, Louis) (Entered: 08/11/2021) |
| 08/11/2021 | 77 (p.1107) | EXHIBIT LIST by Damion Edward Cruz-Benavente (Correa, Louis) (Entered: 08/11/2021) |
| 08/11/2021 | 78 (p.95) | MOTION in Limine *and Response to Government's Notice of Intent to Use Certain Evidence and Expert/Lay Testimony* by Damion Edward Cruz-Benavente. (Correa, Louis) (Entered: 08/11/2021) |
| 08/11/2021 | 79 (p.107) | Proposed Jury Instructions by USA as to Damion Edward Cruz-Benavente (Thompson, Tracy) (Entered: 08/11/2021) |
| 08/12/2021 | 80 (p.111) | ORDER GRANTING 75 (p.80) Motion to Compel as to Damion Edward Cruz-Benavente (1). Signed by Judge David B. Fannin. (yl) (Entered: 08/12/2021) |
| 08/12/2021 | 81 (p.1109) | EXHIBIT LIST by USA as to Damion Edward Cruz-Benavente (Kennedy, Lance) (Entered: 08/12/2021) |
| 08/12/2021 | 82 (p.112) | RESPONSE TO MOTION by USA as to Damion Edward Cruz-Benavente re 78 (p.95) MOTION in Limine *and Response to Government's Notice of Intent to Use Certain Evidence and Expert/Lay Testimony* filed by Defendant Damion Edward Cruz-Benavente (Kennedy, Lance) (Entered: 08/12/2021) |
| 08/13/2021 | 83 (p.115) | Advisory to the Court by Damion Edward Cruz-Benavente (yl) (Entered: 08/13/2021) |
| 08/13/2021 | 84 | Minute Entry for proceedings held before Judge David B. Fannin:Pretrial Conference as to Damion Edward Cruz-Benavente held on 8/13/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR- Pecos.) (yl) |

| | | |
|---|---|---|
| | | (Entered: 08/13/2021) |
| 08/13/2021 | 85 | Minute Entry for proceedings held before Judge David B. Fannin:Voir Dire begun on 8/13/2021 Damion Edward Cruz-Benavente (1) on Count 1,2,3, Jury Selection as to Damion Edward Cruz-Benavente held on 8/13/2021 (Minute entry documents are not available electronically.) (Court Reporter ECRO- Pecos.) (yl) (Entered: 08/13/2021) |
| 08/13/2021 | | Voir Dire begun on 8/13/2021 (jl) (Entered: 08/19/2021) |
| 08/14/2021 | 86 (p.116) | MOTION *for Issuance of Subpoenas* by Damion Edward Cruz-Benavente. (Correa, Louis) (Entered: 08/14/2021) |
| 08/16/2021 | 87 | Minute Entry for proceedings held before Judge David Counts:Pretrial Conference as to Damion Edward Cruz-Benavente held on 8/16/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR-Pecos.) (jl) (Main Document 87 replaced on 8/16/2021) (slt). Modified court reporter on 8/16/2021 (slt). (Entered: 08/16/2021) |
| 08/16/2021 | 88 (p.119) | ORDER GRANTING 86 (p.116) Motion issuance of subpoenas as to Damion Edward Cruz-Benavente (1). Signed by Judge David B. Fannin. (yl) (Entered: 08/16/2021) |
| 08/16/2021 | 91 | Minute Entry for proceedings held before Judge David Counts:Jury Trial as to Damion Edward Cruz-Benavente held on 8/16/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR-Pecos.) (jl) (Entered: 08/19/2021) |
| 08/16/2021 | | ORAL ORDER MOOTING 78 (p.95) Motion in Limine as to Damion Edward Cruz-Benavente (1). by Judge David Counts. (jl) (Entered: 08/19/2021) |
| 08/16/2021 | | DEFENDANTS ORAL MOTION to Continue by Damion Edward Cruz-Benavente. (jl) (Entered: 08/19/2021) |
| 08/16/2021 | | ORAL ORDER DENYING [] DEFENDANTS ORAL Motion to Continue as to Damion Edward Cruz-Benavente (1). by Judge David Counts. (jl) (Entered: 08/19/2021) |
| 08/17/2021 | 89 (p.1111) | EXHIBIT LIST by USA as to Damion Edward Cruz-Benavente (Thompson, Tracy) (Entered: 08/17/2021) |
| 08/17/2021 | 90 (p.122) | Proposed Jury Instructions by Damion Edward Cruz-Benavente (Carlin, Christopher) (Entered: 08/17/2021) |
| 08/17/2021 | 92 | Minute Entry for proceedings held before Judge David Counts:Jury Trial as to Damion Edward Cruz-Benavente held on 8/17/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR-Pecos.) (jl) (Entered: 08/19/2021) |
| 08/17/2021 | | ORAL MOTION for Judgment of Acquittal by Damion Edward Cruz-Benavente. (jl) (Entered: 08/19/2021) |

| 08/17/2021 | | ORAL ORDER DENYING [] Oral Motion for Acquittal as to Damion Edward Cruz-Benavente (1). by Judge David Counts. (jl) (Entered: 08/19/2021) |
|---|---|---|
| 08/18/2021 | 93 | Minute Entry for proceedings held before Judge David Counts:Jury Trial as to Damion Edward Cruz-Benavente held on 8/18/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR-Pecos.) (jl) (Main Document 93 replaced on 8/19/2021) (jl). (Entered: 08/19/2021) |
| 08/18/2021 | | ORAL MOTION for Mistrial in open court by Damion Edward Cruz-Benavente. (jl) (Entered: 08/19/2021) |
| 08/18/2021 | | ORAL ORDER DENYING [] Oral Motion for Declaration of Mistrial as to Damion Edward Cruz-Benavente (1). by Judge David Counts. (jl) (Entered: 08/19/2021) |
| 08/18/2021 | | Oral MOTION for Judgment of Acquittal in Open Court by Damion Edward Cruz-Benavente. (jl) (Entered: 08/19/2021) |
| 08/18/2021 | | ORDER DENYING [] Oral Motion for Judgment of Acquittal in Open Court as to Damion Edward Cruz-Benavente (1). by Judge David Counts. (jl) (Entered: 08/19/2021) |
| 08/18/2021 | 94 (p.1113) | EXHIBIT LIST by USA as to Damion Edward Cruz-Benavente (jl) (Entered: 08/19/2021) |
| 08/18/2021 | 95 (p.1115) | EXHIBIT LIST by Damion Edward Cruz-Benavente (jl) (Entered: 08/19/2021) |
| 08/18/2021 | 96 (p.128) | WITNESS LIST as to Damion Edward Cruz-Benavente (jl) (Entered: 08/19/2021) |
| 08/18/2021 | 97 (p.129) | Court's Charge/Instructions to Jury as to Damion Edward Cruz-Benavente (jl) (Entered: 08/19/2021) |
| 08/18/2021 | 98 (p.144) | JURY VERDICT (Redacted Version) as to Damion Edward Cruz-Benavente (1) Guilty on Count 1,2,3. filed. Unredacted Version Sealed pursuant to E-Government Act of 2002. (jl) (Entered: 08/19/2021) |
| 08/24/2021 | 100 (p.145) | ORDER Setting Sentencing as to Damion Edward Cruz-Benavente; Sentencing set for 11/22/2021 08:30 AM in Alpine before Judge David Counts. Signed by Judge David Counts. (bot1) (Entered: 08/24/2021) |
| 08/30/2021 | 101 | SENTENCING MEMORANDUM by USA as to Damion Edward Cruz-Benavente (Kennedy, Lance) (Entered: 08/30/2021) |
| 11/09/2021 | 102 (p.1219) | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Damion Edward Cruz-Benavente by Officer Erica N. Carrillo. (Document available to court only) (Attachments: # (1-4)(Palomino, V.) (Entered: 11/09/2021) |
| 11/15/2021 | 103 (p.146) | ORDER Resetting Sentencing as to Damion Edward Cruz-Benavente; Sentencing RESET for 1/24/2022 08:30 AM in Alpine before Judge David Counts. Signed by Judge David |

| | | Counts. (bot2) (Entered: 11/15/2021) |
|---|---|---|
| 11/22/2021 | 104 (p.376) | TRANSCRIPT filed of Proceedings as to Damion Edward Cruz-Benavente held on August 16, 2021 Proceedings Transcribed: Jury Trial, Volume 1 of 3. Court Reporter/Transcriber Dipti Patel - Liberty Transcripts, Telephone number (847) 848-4907. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 12/13/2021, Redacted Transcript Deadline set for 12/23/2021, Release of Transcript Restriction set for 2/22/2022, (tr) (Entered: 11/23/2021) |
| 11/22/2021 | 105 (p.728) | TRANSCRIPT filed of Proceedings as to Damion Edward Cruz-Benavente held on August 17, 2021 Proceedings Transcribed: Jury Trial, Volume 2 of 3. Court Reporter/Transcriber Dipti Patel - Liberty Transcripts, Telephone number (847) 848-4907. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 12/13/2021, Redacted Transcript Deadline set for 12/23/2021, Release of Transcript Restriction set for 2/22/2022, (tr) (Entered: 11/23/2021) |
| 11/22/2021 | 106 (p.967) | TRANSCRIPT filed of Proceedings as to Damion Edward Cruz-Benavente held on August 18, 2021 Proceedings Transcribed: Jury Trial, Volume 3 of 3. Court Reporter/Transcriber Dipti Patel - Liberty Transcripts, Telephone number (847) 848-4907. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 12/13/2021, Redacted Transcript Deadline set for 12/23/2021, Release of Transcript Restriction set for 2/22/2022, (tr) (Entered: 11/23/2021) |
| 01/14/2022 | 107 | |

| | | |
|---|---|---|
| | | SENTENCING MEMORANDUM by Damion Edward Cruz-Benavente (Attachments: # 1 (p.16) Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Correa, Louis) (Entered: 01/14/2022) |
| 01/20/2022 | 108 (p.1263) | SEALED REVISED PRESENTENCE INVESTIGATION REPORT Filed as to Damion Edward Cruz-Benavente by Officer Erica N. Carrillo. (Document available to court only) (Attachments: # (1-6)(Palomino, V.) (Entered: 01/20/2022) |
| 01/24/2022 | 109 | Minute Entry for proceedings held before Judge David Counts:Sentencing held on 1/24/2022 for Damion Edward Cruz-Benavente (1), Count(s) 1, Imprisonment for LIFE, Supervised Release for LIFE; Special Assessment Fee- $100.00; No Fine, TO RUN CONCURRENT WITH COUNTS 23 Count(s) 2, Imprisonment for LIFE, Supervised Release for LIFE; Special Assessment Fee- $100.00; No Fine, TO RUN CONCURRENT WITH COUNT 13 Count(s) 3, Imprisonment of 180 MONTHS, Supervised Release for LIFE; Special Assessment Fee- $100.00; No Fine;, TO RUN CONCURRENT WITH COUNTS 1&2. (Minute entry documents are not available electronically.), Spanish Language Interpreter NOT required as to Damion Edward Cruz-Benavente (Court Reporter FTR-Alpine.) (jl) (Entered: 01/25/2022) |
| 01/26/2022 | 110 (p.941) | TRANSCRIPT filed of Proceedings as to Damion Edward Cruz-Benavente held on August 17, 2021 Proceedings Transcribed: Jury Trial, Day 2 Audio of Government's Exhibit 19. Court Reporter/Transcriber Dipti Patel - Liberty Transcripts, Telephone number (847) 848-4907. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 2/16/2022, Redacted Transcript Deadline set for 2/28/2022, Release of Transcript Restriction set for 4/26/2022, (tr) (Entered: 01/27/2022) |
| 01/31/2022 | 111 (p.147) | JUDGMENT AND COMMITMENT as to Damion Edward Cruz-Benavente (1), Count(s) 1, Imprisonment for LIFE, Supervised Release for LIFE; Special Assessment Fee- $100.00; No Fine, TO RUN CONCURRENT WITH COUNTS 23 Count(s) 2, Imprisonment for LIFE, Supervised Release for LIFE; Special Assessment Fee- $100.00; No Fine, TO RUN CONCURRENT WITH COUNT 13 Count(s) 3, Imprisonment of 180 MONTHS, Supervised Release for LIFE; Special Assessment Fee- $100.00; No Fine;, TO RUN CONCURRENT WITH COUNTS 1&2. Signed by Judge David Counts. (bot2) (Entered: 01/31/2022) |
| 01/31/2022 | 112 (p.1319) | Sealed Statement of Reasons as to Damion Edward Cruz-Benavente (SOR documents are not available |

| | | electronically.) (bot2) (Entered: 01/31/2022) |
|---|---|---|
| 02/02/2022 | 113 (p.154) | Appeal of Final Judgment by Damion Edward Cruz-Benavente. No filing fee submitted (Correa, Louis) (Entered: 02/02/2022) |
| 02/02/2022 | 114 (p.156) | DESIGNATION OF RECORD ON APPEAL by Damion Edward Cruz-Benavente re 113 (p.154) Notice of Appeal (E-Filed) (Correa, Louis) (Entered: 02/02/2022) |
| 02/02/2022 | | NOTICE OF APPEAL following 113 (p.154) Notice of Appeal (E-Filed) by Damion Edward Cruz-Benavente Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a Transcript Order and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (jl) (Entered: 02/02/2022) |
| 02/10/2022 | 115 (p.158) | TRANSCRIPT REQUEST by Damion Edward Cruz-Benavente for dates of August 16, 2021 before Judge David Counts,. Proceedings Transcribed: Pretrial Conference. Court Reporter: Dipti Patel. re Notice of Appeal - Final Judgment,, (Correa, Louis) (Entered: 02/10/2022) |
| 02/10/2022 | 116 (p.160) | TRANSCRIPT REQUEST by Damion Edward Cruz-Benavente for dates of January 24, 2022 before Judge David Counts,. Proceedings Transcribed: Sentencing. Court Reporter: Dipti Patel. re Notice of Appeal - Final Judgment,, (Correa, Louis) (Entered: 02/10/2022) |
| 02/10/2022 | 117 (p.162) | TRANSCRIPT REQUEST by Damion Edward Cruz-Benavente for dates of August 13, 2021 before Judge David Fannin,. Proceedings Transcribed: Pretrial Conference. Court Reporter: Dipti Patel. re Notice of Appeal - Final Judgment,, (Correa, Louis) (Entered: 02/10/2022) |
| 02/10/2022 | 118 (p.164) | TRANSCRIPT REQUEST by Damion Edward Cruz-Benavente for dates of August 13, 2021 before Judge David Fannin,. Proceedings Transcribed: Voir Dire. Court Reporter: Dipti Patel. re Notice of Appeal - Final Judgment,, (Correa, Louis) (Entered: 02/10/2022) |
| 02/12/2022 | 119 (p.166) | TRANSCRIPT REQUEST by Damion Edward Cruz-Benavente for dates of August 16, 2021 before Judge David Counts,. Proceedings Transcribed: Trial and Trial Exh 19. Court Reporter: Dipti Patel. re Notice of Appeal - Final Judgment,, (Correa, Louis) (Entered: 02/12/2022) |
| 02/22/2022 | 120 (p.167) | TRANSCRIPT REQUEST by Damion Edward Cruz-Benavente for dates of 3/15/21; 5/8/21; 7/20/21; 8/2/21 before Judge David Fannin,. Proceedings Transcribed: Initial Appearance & Status Conferences. Court Reporter: LILY REZNIK. re Notice of Appeal - Final Judgment, (Kimmelman, Kristin) (Entered: 02/22/2022) |
| 04/02/2022 | 121 (p.169) | |

| | | |
|---|---|---|
| | | TRANSCRIPT filed of Proceedings as to Damion Edward Cruz-Benavente held on March 15, 2021 Proceedings Transcribed: Initial Appearance. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512-391-8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 4/25/2022, Redacted Transcript Deadline set for 5/3/2022, Release of Transcript Restriction set for 7/1/2022, Appeal Record due by 4/18/2022, (lr) (Entered: 04/02/2022) |
| 04/02/2022 | 122 (p.180) | TRANSCRIPT filed of Proceedings as to Damion Edward Cruz-Benavente held on May 18, 2021 Proceedings Transcribed: Status Conference. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512-391-8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 4/25/2022, Redacted Transcript Deadline set for 5/3/2022, Release of Transcript Restriction set for 7/1/2022, Appeal Record due by 4/18/2022, (lr) (Entered: 04/02/2022) |
| 04/02/2022 | 123 (p.185) | TRANSCRIPT filed of Proceedings as to Damion Edward Cruz-Benavente held on July 20, 2021 Proceedings Transcribed: Status Conference. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512-391-8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 4/25/2022, Redacted Transcript Deadline set for 5/3/2022, Release of Transcript Restriction set for 7/1/2022, Appeal Record due by 4/18/2022, (lr) (Entered: 04/02/2022) |
| 04/02/2022 | 124 (p.190) | TRANSCRIPT filed of Proceedings as to Damion Edward Cruz-Benavente held on August 2, 2021 Proceedings Transcribed: Status Conference. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512-391-8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from |

| | | |
|---|---|---|
| | | the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 4/25/2022, Redacted Transcript Deadline set for 5/3/2022, Release of Transcript Restriction set for 7/1/2022, Appeal Record due by 4/18/2022, (lr) (Entered: 04/02/2022) |
| 04/04/2022 | 125 (p.697) | TRANSCRIPT filed of Proceedings as to Damion Edward Cruz-Benavente held on August 16, 2021 Proceedings Transcribed: Pretrial Conference. Court Reporter/Transcriber Dipti Patel - Liberty Transcripts, Telephone number (847) 848-4907. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 4/25/2022, Redacted Transcript Deadline set for 5/5/2022, Release of Transcript Restriction set for 7/5/2022, Appeal Record due by 4/19/2022, (tr) (Entered: 04/04/2022) |
| 04/04/2022 | 126 (p.195) | TRANSCRIPT filed of Proceedings as to Damion Edward Cruz-Benavente held on August 13, 2021 Proceedings Transcribed: Jury Selection. Court Reporter/Transcriber Dipti Patel - Liberty Transcripts, Telephone number (847) 848-4907. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 4/25/2022, Redacted Transcript Deadline set for 5/5/2022, Release of Transcript Restriction set for 7/5/2022, Appeal Record due by 4/19/2022, (tr) (Entered: 04/04/2022) |
| 04/04/2022 | 127 (p.366) | TRANSCRIPT filed of Proceedings as to Damion Edward Cruz-Benavente held on August 13, 2021 Proceedings Transcribed: Pretrial Conference. Court Reporter/Transcriber Dipti Patel - Liberty Transcripts, Telephone number (847) 848-4907. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. |

| | | |
|---|---|---|
| | | The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 4/25/2022, Redacted Transcript Deadline set for 5/5/2022, Release of Transcript Restriction set for 7/5/2022, Appeal Record due by 4/19/2022, (tr) (Entered: 04/04/2022) |
| 04/04/2022 | 128 (p.1054) | TRANSCRIPT filed of Proceedings as to Damion Edward Cruz-Benavente held on January 24, 2022 Proceedings Transcribed: Sentencing Hearing. Court Reporter/Transcriber Dipti Patel - Liberty Transcripts, Telephone number (847) 848-4907. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 4/25/2022, Redacted Transcript Deadline set for 5/5/2022, Release of Transcript Restriction set for 7/5/2022, Appeal Record due by 4/19/2022, (tr) (Entered: 04/04/2022) |

RECORD EXCERPT
2

FILED

MAR 1 1 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | NO. P-21-CR-P21CR 157 |
| Plaintiff, § | |
| § | **S E A L E D  I N D I C T M E N T** |
| v. § | |
| § | [Count One: 18 U.S.C. § 2241(a), Aggravated |
| DAMION EDWARD CRUZ-BENAVENTE § | Sexual Abuse by Force or Threat] |
| § | |
| Defendant. § | [Count Two: 18 U.S.C. § 2242(1), Sexual |
| § | Abuse by Threat] |
| | |
| | [Count Three: 18 U.S.C. § 2243(a), Sexual |
| | Abuse of a Minor] |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. § 2241(a)]

From on or about July 7, 2015, to on or about April 5, 2016, in the Western District of Texas, within the boundaries of an area within the special maritime and territorial jurisdiction of the United States, the Defendant,

### DAMION EDWARD CRUZ-BENAVENTE

did knowingly cause **Minor Female Victim** to engage in a sexual act, to wit, contact between the penis and the vulva, and contact between the mouth and the penis, by use of force against **Minor Female Victim**,

A violation of Title 18, United States Code, Section 2241(a).

22-50078.16

## COUNT TWO
### [18 U.S.C. § 2242(1)]

From on or about July 7, 2015, to on or about April 5, 2016, in the Western District of Texas, within the boundaries of an area within the special maritime and territorial jurisdiction of the United States, the Defendant,

### DAMION EDWARD CRUZ-BENAVENTE

did knowingly cause **Minor Female Victim** to engage in a sexual act, to wit, contact between the penis and the vulva, and contact between the mouth and penis, by threatening and placing **Minor Female Victim** in fear,

A violation of Title 18, United States Code, Section 2242(1).

## COUNT THREE
### [18 U.S.C. § 2243(a)]

From on or about July 7, 2015, to on or about April 5, 2016, in the Western District of Texas, within the boundaries of an area within the special maritime and territorial jurisdiction of the United States, the Defendant,

### DAMION EDWARD CRUZ-BENAVENTE

did knowingly engage in a sexual act with **Minor Female Victim**, to wit, contact between the penis and the vulva, and contact between the mouth and penis, and at the time of the sexual act, **Minor Female Victim** had reached the age of twelve years but had not yet reached the age of sixteen years, and at the time of the sexual act, **Minor Female Victim** was at least four years younger than the Defendant,

A violation of Title 18, United States Code, Section 2243(a).

A TRUE BILL.

Original signed by the

foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: EDUARDO R. MENDOZA
Assistant U.S. Attorney

RECORD EXCERPT
3



FILED

AUG 1 8 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | P-21-CR-157 |
| | § | |
| DAMION EDWARD CRUZ-BENAVENTE, | § | |
| Defendant. | § | |

## VERDICT FORM

Answer "not guilty" or "guilty."

### COUNT ONE

We the Jury find that Defendant **DAMION EDWARD CRUZ-BENAVENTE** is

_Guilty_ of the offense charged in Count One of the Indictment.
Not Guilty/Guilty

### COUNT TWO

We the Jury find that Defendant **DAMION EDWARD CRUZ-BENAVENTE** is

_Guilty_ of the offense charged in Count Two of the Indictment.
Not Guilty/Guilty

### COUNT THREE

We the Jury find that Defendant **DAMION EDWARD CRUZ-BENAVENTE** is

_Guilty_ of the offense charged in Count Three of the Indictment.
Not Guilty/Guilty

_8-18-21_
**DATE**

ORIGINAL SIGNED BY
FOREPERSON OF THE JURY

P21CR157 Jury Charge and Verdict Form – Final Draft.docx
August 18, 2021 (9:02AM)

- 15 -

22-50078.144

RECORD EXCERPT
4

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
PECOS DIVISION

UNITED STATES OF AMERICA

v.

**DAMION EDWARD CRUZ-BENAVENTE**
Alias(es):
**AltCRT** Damion Edward Cruz Benavente,; **AKA** Damion Cruz
Benavente,; **AKA** Damion Cruz Benavente,; **AKA** Damion E
Benavente,; **AKA** Damion Edward Cruz Benavente,;
     Defendant.

Case Number: 4:21-CR-00157(1) DC
USM Number: 68596-380

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, Damion Edward Cruz-Benavente, was represented by Louis Wayne Correa.

The defendant was found guilty by jury trial to Count(s) 1, 2 & 3 of the Indictment on August 18, 2021. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 18 U.S.C. § 2241(a) | Aggravated Sexual Abuse by Force or Threat | April 5, 2016 | 1 |
| 18 U.S.C. § 2242(1) | Sexual Abuse by Threat | April 5, 2016 | 2 |
| 18 U.S.C. § 2243(a) | Sexual Abuse of a Minor | April 5, 2016 | 3 |

As pronounced on January 24, 2022, the defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this 31st day of January, 2022.

_____
David Counts
United States District Judge

AO 245B (Rev. TXW 11/19) Judgment in a Criminal Case

DEFENDANT:          DAMION EDWARD CRUZ-BENAVENTE
CASE NUMBER:         4:21-CR-00157(1)  DC

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of **Life on Count 1; Life on Count 2; One Hundred-Eighty (180) months on Count 3. All Counts to run concurrent** with credit for time served while in custody for this federal offense pursuant to 18 U.S.C. § 3585(b).

The defendant shall remain in custody pending service of sentence.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of the Judgment.

_____
United States Marshal

DEFENDANT:      DAMION EDWARD CRUZ-BENAVENTE
CASE NUMBER:    4:21-CR-00157(1)  DC

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Life on Count 1; Life on Count 2; Life on Count 3. All Counts to run concurrent.**

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court and shall comply with the following additional conditions:

The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.

The defendant shall participate in a mental health treatment program and follow the rules And regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, Charge(s) and conviction(s) the defendant. The defendant shall pay the cost of such treatment if Financially able.

The defendant shall take all mental health medications that are prescribed by the treating physician.

The defendant shall not have direct contact with any child the defendant knows or reasonably should know to be under the age of 18 without the permission of the probation officer. If the defendant has any direct contact with any child the defendant knows or reasonably should know to be under the age of 18, without the permission of the probation officer, the defendant must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

The defendant shall have not communicate, or otherwise interact, with the victim in this case, either directly or through someone else, without first obtaining the permission of the probation officer.

The defenant shall not go to, or reamain at, any place where the defendant knows children under the age of 18 are likely to be, including parks, schools, playgrounds, and childcare facilities.

The defendant shall not go to, or remain at, any place for the primary purpose of observing or contacting children under the age of 18.

The defendant shall participate in a sex offense-specific treatment program and submit to periodic polygraph testing as a means to ensure compliance with the requirements of supervision or the treatment program. The defendant shall follow the rules and regulations of the program. The probation officer will supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc). The defendant shall pay the costs of the program if financially able.

DEFENDANT:          DAMION EDWARD CRUZ-BENAVENTE
CASE NUMBER:        4:21-CR-00157(1)  DC

The defendant shall participate in periodic polygraph testing at the instruction of the probation Officer as a means to ensure compliance with the requirements of supervision.

The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search shall be conducted at a reasonable time and in a reasonable manner.

DEFENDANT:        DAMION EDWARD CRUZ-BENAVENTE
CASE NUMBER:      4:21-CR-00157(1) DC

# CONDITIONS OF SUPERVISED RELEASE
### (As Amended November 28, 2016)

It is ORDERED that the Conditions of Probation and Supervised Release applicable to each defendant committed to probation or supervised release in any division of the Western District of Texas, are adopted as follows:

Mandatory Conditions:

[1]     The defendant shall not commit another federal, state, or local crime during the term of supervision.

[2]     The defendant shall not unlawfully possess a controlled substance.

[3]     The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

[4]     The defendant shall cooperate in the collection of DNA as instructed by the probation officer, if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).

[5]     If applicable, the defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et. seq.) as instructed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which the defendant resides, works, is a student, or was convicted of a qualifying offense.

[6]     If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

[7]     If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

[8]     The defendant shall pay the assessment imposed in accordance with 18 U.S.C. § 3013.

[9]     The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines or special assessments.

Standard Conditions:

[1]     The defendant shall report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame.

[2]     After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant shall report to the probation officer as instructed.

[3]     The defendant shall not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer.

[4]     The defendant shall answer truthfully the questions asked by the probation officer.

DEFENDANT: DAMION EDWARD CRUZ-BENAVENTE
CASE NUMBER: 4:21-CR-00157(1) DC

[5]    The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change

[6]    The defendant shall allow the probation officer to visit the defendant at any time at his or her home or elsewhere, and the defendant shall permit the probation officer to take any items prohibited by the conditions of the defendant's supervision that are observed in plain view.

[7]    The defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment, he or she shall try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where the defendant works or anything about his or her work (such as the position or job responsibilities), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

[8]    The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant shall not knowingly communicate or interact with that person without first getting the permission of the probation officer.

[9]    If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.

[10]   The defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified, for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

[11]   The defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

[12]   If the probation officer determines that the defendant poses a risk to another person (including an organization), the probation officer may require the defendant to notify the person about the risk and the defendant shall comply with that instruction. The probation officer may contact the person and confirm that the defendant has notified the person about the risk.

[13]   The defendant shall follow the instructions of the probation officer related to the conditions of supervision.

[14]   If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

[15]   If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

[16]   If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

[17]   If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally re-enter the United States. If the defendant is released from confinement or not deported, or lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

DEFENDANT:              DAMION EDWARD CRUZ-BENAVENTE
CASE NUMBER:        4:21-CR-00157(1)  DC

# CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth.  Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.   Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 410 S. Cedar Street, Pecos, TX 79772 or online by Debit (credit cards not accepted) or ACH payment (direct from Checking or Savings Account) through pay.gov (link accessible on the landing page of the U.S. District Court's Website). **Your mail-in or online payment must include your case number in the exact format of DTXW421CR000157-001 to ensure proper application to your criminal monetary penalty.**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| TOTAL: | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of **$300.00**.

### Fine

The fine is waived because of the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above.  However, pursuant to 18 U.S.C. §3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f).  All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

*    Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
**   Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
***  Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

RECORD EXCERPT
5

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
|   *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. PE: 21-CR-157-DC-1** |
| | § | |
| **DAMION EDWARD CRUZ-BENAVENTE,** | § | |
|   *Defendant.* | § | |

## NOTICE OF APPEAL

Now comes, Damion Edward Cruz-Benavente, by and through his undersigned attorney, and hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from the hearings on any pre-trial and post-trial motions, the conviction, the judgment, and sentence in his criminal case.   The Judgment in this case was entered on January 31, 2022.

Dated on this 2nd day of February 2022.

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

   /S/ Louis Correa
LOUIS CORREA
Assistant Federal Public Defender
Western District of Texas
108 N. 10th Street
Alpine, Texas 79830
(432) 837-5598
(432) 837-9023 (Fax)
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Lance Kennedy, Assistant United States Attorney
United States Attorney's Office
2500 Hwy 118 N., Ste. A200
Alpine, TX 79830

Tracy Thompson
United States Attorney's Office
Criminal Section
601 NW Loope 410-Ste 600
San Antonio, TX    78216

/S/ Louis Correa
Louis Correa
*Attorney for the Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2022, I electronically filed the Record Excerpts with the Clerk of Court using the CM/ECF system which will send notification of such filing to Ashley C. Hoff, U.S. Attorney for the Western District of Texas (Attn: Assistant U.S. Attorney Joseph H. Gay, Jr.), via electronic mail.

s/ Kristin M. Kimmelman
KRISTIN M. KIMMELMAN
*Attorney for Defendant-Appellant*